**Order entered October 17, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00467-CV

### LARRY GREB, Appellant

### V.

### BRET MADOLE AND CARRINGTON, COLEMAN, SLOMAN & BLUMENTHAL, LLP, Appellee

### On Appeal from the 134th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-16-12734

## ORDER

Appellant's motion for extension of time to file his reply brief is hereby GRANTED.

Appellant's reply brief is due to be filed on or before October 22, 2018.

/s/    DAVID EVANS
          JUSTICE